UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**DAVID SMITH, a pseudonym**

**v.**                                         C.A. NO.: 22-cv-24-JJM-PAS

**BROWN UNIVERSITY**

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff David Smith and Defendant Brown University, through their authorized counsel of record, stipulate that Plaintiff's Verified Complaint (ECF No. 1) is dismissed without prejudice.

| DAVID SMITH | BROWN UNIVERSITY |
|---|---|
| By His Attorneys, | By Its Attorney, |
| /s/ Maria F. Deaton <br> Patrick C. Lynch (#4867) <br> Maria F. Deaton (#7286) <br> Lynch & Pine <br> One Park Row, Fifth Floor <br> Providence, RI 02903 <br> Tel: 401-274-3306 <br> Email: mdeaton@lynchpine.com | /s/ Steven M. Richard <br> Steven M. Richard (#4403) <br> Nixon Peabody LLP <br> One Citizens Plaza, Suite 500 <br> Providence, RI 02903 <br> Tel: 401-454-1020 <br> Fax: 866-947-1332 <br> Email: srichard@nixonpeabody.com |
| and | Dated:  January 24, 2022 |
| Douglas F. Gansler (admitted *pro hac vice*) <br> Cadwalder, Wickersham & Taft LLP <br> 700 Sixth Avenue NW <br> Washington, D.C. 20001 <br> Tel: 202-862-2300 <br> douglas.ganster@cwt.com | |
| Dated:  January 24, 2022 | |

4873-1548-6219.1